THE PEOPLE OF THE STATE OF NEW YORK ex rel. COR-
NELIUS P. DOWNEY, Appellant, *v.* JOHN H. GIBBONS
et al., Constituting the Fire Board of the City of
Lackawanna, Respondents.

*Civil service — when mandamus will not issue to compel reinstatement
of civil service employee alleged to have been illegally removed from
office.*

*People ex rel.· Downey v. Gibbons,* 194 App. Div. 983, affirmed.

(Argued June 1, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 31, 1920, which reversed an order of Special
Term granting a motion for a peremptory writ of man-
damus to compel defendants to reinstate the relator in
the position of chief of the fire department of the city
of Lackawanna, it being alleged that relator had been
illegally removed for political purposes and without
charges, notice or a hearing.    The Appellate Division
held that mandamus was not the proper remedy.

*La Fay C. Wilkie* and *John J. Sullivan* for appellant.
*Irving M. Weiss* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND
and ANDREWS, JJ.    Dissenting: HOGAN and CRANE, JJ.